UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
~~PANAMA CITY~~ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

KENDRICK HERRING
Inmate # C02011
(Enter full name of Plaintiff)

```
PROVIDED TO GULF CI
    MAIL ROOM
   AUG 12 2015
FOR MAILING
INMATE'S INITIALS
```

vs.

CASE NO: 4:15CV402-RH/GRJ
(To be assigned by Clerk)

JEFF MAHONEY,          PHIL HINDE
VINCENT BOCCIO,        MIKE SULESKI
DAVE NORTHEN,          CHRIS CORBITT
D. ODOM,               WILLIAM BULLUGH
JAMES FAIRFIELD        CRAIG ISOM
                       A. JOHNSON
(Enter name and title of each Defendant.
If additional space is required, use the     ~~~~ POLICE DEPARTMENT.
blank area below and directly to the right.) TALLAHASSEE

ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

(7). Defendant's Name: Mike Suleski
Official Position: Sergeant
Employed at: Tallahassee Police Dept.
Mailing address: 234 E. 7th Ave
Tallahassee, FL 32399-2200

(8). Defendant's Name: Chris Corbitt
Official Position: Investigator
Employed at: Tallahassee Police Department
Mailing Address: 234 E. 7th Ave
Tallahassee, FL 32399-2200

(9) Defendant's Name: William Bullough
Official Position: F.D.L.E. Agent
Employed at: F.D.L.E.
Mailing address: Tallahassee, FL 32399-

(10). Defendant's Name: Craig Isom
Official Position: Investigator
Employed at: Tallahassee Police Dept.
Mailing address: 234 E. 7th Ave.
Tallahassee, FL 32399-2200

(12). Defendant's Name: TPD
Official Position: City
Employed at: Police Dept.
Mailing address: 234 E. 7th Ave
Tallahassee, FL 32399-2200

(11) Defendant's Name: A. Johnson
Official Position: Investigator
Employed at: Tallahassee Police Dept.
Mailing address: 234 E. 7th Ave.
Tallahassee, FL 32399-2200

2a.

I. **PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Kendrick Herring
Inmate Number: C02011
Prison or Jail: Gulf C.I. Annex
Mailing address: 699 Ike Steele Rd.
Wewahitchka, FL 32465

II. **DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Jeff Mahoney
Official position: Investigator
Employed at: Tallahassee Police Dept.
Mailing address: 234 E. 7th Ave
Tallahassee, FL 32399-2200

(2) Defendant's name: Vincent Boccio
Official position: Investigator
Employed at: Tallahassee Police Dept
Mailing address: 234 E. 7th Ave
Tallahassee, FL 32399-2200

(3) Defendant's name: Dave Northern
Official position: Investigator
Employed at: Tallahassee Police Dept.
Mailing address: 234 E. 7th Ave
Tallahassee, FL 32399-2200

(4) D. Odom
Sergeant
Tallahassee Police Dept.
234 E. 7th Ave
Tallahassee, FL 32399-2200

(5) James Fairfield
Sergeant
Tallahassee Police Dept
234 E. 7th Ave
Tallahassee, FL 32399-2200

(6) Phil Hinde
Officer
Tallahassee Police Dept
234 E. 7th Ave
Tallahassee, FL 32399-2200

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )    No( ✓ )

1. Parties to previous action:
   (a) Plaintiff(s): N/A
   (b) Defendant(s): N/A
2. Name of judge: N/A    Case #: _____
3. County and judicial circuit: N/A
4. Approximate filing date: N/A
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )    No( ✓ )

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____    Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )   No(✓)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )   No(✓)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case Docket # _____
4. Approximate filing date: _____   Dismissal date: _____
5. Reason for dismissal: _____

4

6. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V.   STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

1. ON March 19, 2011, Defendant Jeff Mahoney without provocation, and while Plaintiff was sound asleep yelled and awaken Plaintiff, and then fired one round from his issued rifle striking Plaintiff.

2. ON March 19, 2011, Defendant Vincent Boccio, without any justifiable cause tazer Plaintiff in the face.

3. ON March 19, 2011, Defendant's Chris Corbitt, Mike Suleski, Dave Northern, D. Odom, James Fairfield, and William Bullough all stood by and witness the excessive use of force by Defendant's Jeff Mahoney and Vincent Boccio against Plaintiff without making an effort to stop it.

4. ON March 19, 2011, Defendants, Jeff Mahoney, Vincent Boccio, Dave Northern, D. Odom, James Fairfield, Phil Hinde, Mike Suleski, Christ Corbitt, William Bullough, Craig Isom, A. Johnson all falsified reports that Plaintiff resisted arrest with violence or attacked police resulting in Criminal charges.

5. ON October 11, 2013, Plaintiff was acquitted of the charges.

6. Plaintiff had until _____ 20__ To File a Notice of Claim

7. Defendant's All of them falsified records to make it appear that Plaintiff assaulted police to cover the excessive use of force used against Plaintiff.

5

8. Defendant, The Tallahassee Police Department's Custom and Policy if difference to police fosters a Custom and Policy wherein Police use excessive force, then blame the Victim of that excessive force with a Crime against police.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

9. Defendant's Jeff Mahoney and Vincent Boccio Violated the Eighth Amendment protections against Cruel and unusual Punishment against Excessive Use of force.

10. Defendant's all of them Violated the Eighth Amendment protection against excessive force by Watching the Use of force by Jeff Mahoney and Vincent Boccio Without intervening on Plaintiff's behalf.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/statutes.

11. Plaintiff Seeks Two Million dollars in punitive damages.

12. Plaintiff Seeks injunctive relief against Tallahassee Police Department Custom & Policy.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

8/12/2015
(Date)

_____
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the __8__ day of __12__, 20__15__.

_____
(Signature of Plaintiff)

Revised 05/07

7

From:
Kendrick Herring #C02011
Gulf Correctional Institution Annex
699 IKE Steele Road
Wewahitchka, Fl. 32345



TO:
United States District Court
For The Northern District Of Florida
Panama City Division
30 W. Government St.
Panama City Fl 32401

THIS LETTER ORIGINATED AT GULF CORRECTIONAL INSTITUTION